**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

*12/17*

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Identify Yourself**

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or  passport).<br><br>Bring your picture identification to your meeting with the trustee. | Jonathan<br>First name<br><br>David<br>Middle name<br><br>Christenbury<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5105 |  |

Debtor 1   **Jonathan David Christenbury**                          Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business name or EINs.

**FDBA  Christenbury Eye Center, P.A.**
**DBA  Broadwood Investments, Inc. fka JDC Investments, Inc.**
**FDBA  Millennium Vision Properties, LLC**

Business name(s)

EINs

☐ I have not used any business name or EINs.

Business name(s)

EINs

---

**5. Where you live**

**4300 Sharon Road, #332**
**Charlotte, NC 28211**
Number, Street, City, State & ZIP Code

**Mecklenburg**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.**  Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

---

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■   Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐   I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐   Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐   I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Jonathan David Christenbury**                                      Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---------|-------------------------------------------|

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.    How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.    Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District | When | Case number |
| | _____ | _____ | _____ |
| | District | When | Case number |
| | _____ | _____ | _____ |

**10.   Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | Debtor | | Relationship to you | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |
| | Debtor | | Relationship to you | |
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

**11.   Do you rent your residence?**

- ☐ No.    Go to line 12.
- ■ Yes.   Has your landlord obtained an eviction judgment against you?

  - ■ No. Go to line 12.

  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   **Jonathan David Christenbury**                                    Case number *(if known)*

---

**Part 3:** **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☒ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:** **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Jonathan David Christenbury**                              Case number *(if known)*

---

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

---

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

---

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1   **Jonathan David Christenbury**                                      Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Jonathan David Christenbury**
_____        _____
**Jonathan David Christenbury**                        Signature of Debtor 2
Signature of Debtor 1

Executed on   **January 15, 2018**                    Executed on _____
                  MM / DD / YYYY                                          MM / DD / YYYY

Debtor 1   **Jonathan David Christenbury** _____   Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ David R. Badger** _____      Date      **January 15, 2018** _____
Signature of Attorney for Debtor                                      MM / DD / YYYY

**David R. Badger 156** _____
Printed name

**David R. Badger, P.A.** _____
Firm name

**2108 South Boulevard**
**Suite 118, Atherton Lofts**
**Charlotte, NC 28203** _____
Number, Street, City, State & ZIP Code

Contact phone _____      Email address _____

**156** _____
Bar number & State

---

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|  | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|  | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## Western District of North Carolina

In re    __Jonathan David Christenbury__                               Case No.    _____

                                    Debtor(s)        Chapter    __7__ _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    __January 15, 2018__ _____         __/s/ Jonathan David Christenbury__ _____
                                            __Jonathan David Christenbury__
                                            Signature of Debtor

North Carolina Department of Revenue
Attn.: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168


Internal Revenue Service
Attn.: Insolvency Unit
P.O. Box 21126
Philadelphia, PA 19114-0326


NC Department of Revenue
301 McCullough Drive, Suite 300
Charlotte, NC 28262-1335


NC Department of Revenue
P.O. Box 871
Raleigh, NC 27602


U.S. Attorney's Office
227 W. Trade Street, Suite 1650
Charlotte, NC 28202


Mecklenburg County Tax Collector
PO Box 31457
Charlotte, NC 28231-1457


Attorney General's Office
9001 Mail Service Center
Raleigh, NC 27699-9001


Adria Smith
c/o Maloney Law & Associates, PLLC
1824 East Seventh Street
Charlotte, NC 28204


Adria Smith
2205 Waverly Drive
Monroe, NC 28110


AECOS
1008 Upper Gulph Road
Wayne, PA 19087

Akorn, Inc.
3950 Paysphere Circle
Chicago, IL 60674


Alcon Laboratories, Inc.
c/o Gerald H. Groon, Jr., Esq.
Smith Debnam
P.O. Box 26268
Raleigh, NC 27611-6268


Alexandra Duet
c/o Maloney Law & Associates, PLLC
1824 East Seventh Street
Charlotte, NC 28204


Alexandra Duet
8004 Rittenhouse Circle
Charlotte, NC 28270


Allergan Sales, LLC
12975 Collections Center Drive
Chicago, IL 60693-0129


Allied Collection Resources, Inc.
Niles Schwartz, President
P.O. Box 46056
Houston, TX 77056


Altman Law, PLLC
13850 Ballantyne Corporate Place
Suite 500
Charlotte, NC 28277


American Academy of Ophthamology
Dept. 34037
P.O. Box 29000
San Francisco, CA 94139


American Airlines AAdvantage
Card Services
P.O. Box 13337
Philadelphia, PA 19101-3337


AMO Sales and Services, Inc.
75 Remittance Drive, Suite 1437
Chicago, IL 60675

AMO/Abbott
Attn: Greg Haut
200 Abbott Park Drive, AP 52
Abbott Park, IL 60064


Ann Herlocker Smith
Jackson Lewis P.C.
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612


Anna Hang
2703 Fairstone Avenue
Charlotte, NC 28269


AT&T
P.O. Box 6463
Carol Stream, IL 60197-6463


AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019


BarclayCard
Card Services
P.O. Box 8802
Wilmington, DE 19899-8802


Barclays Bank Delaware
100 S. West Street
Wilmington, DE 19801


Bausch & Lomb Surgical Division
VPNA, LLC
4395 Collection Centr Drive
Chicago, IL 60693-0043


Beasley Media Group, Inc.
c/o Smith Debnam
P.O. Box 26268
Raleigh, NC 27611-6268


Beaver - Visitec International, Inc.
P.O. Box 842837
Boston, MA 02284-2837

Bozzuto Management
6406 Ivy Lane, Suite 700
Greenbelt, MD 20770


Brian C. Berlin, Esq.
The CKB Firm
30 North Lasalle Street, Suite 1520
Chicago, IL 60602


Brianna Joines
3908 Briarhill Drive
Charlotte, NC 28215


Brittni Winchester
c/o Maloney Law & Associates, PLLC
1824 East Seventh Street
Charlotte, NC 28204


Brittni Winchester
4446 Kellybrook Drive
Concord, NC 28025


C. Granger Pierce, Jr., Esq.
Nexsen Pruet, PLLC
227 West Trade Street, Suite 1550
Charlotte, NC 28202


CanCapital
414 W. 14th Street
3rd Floor
New York, NY 10014


Carl Zeiss Meditec, Inc.
ZEISS Group
5160 Hacienda Drive
Dublin, CA 94568


Carolina Anesthesia Associates
242-A 9th Avenue Drive NE
Hickory, NC 28601


Carolinas HealthCare System Real Estate
Attn: Michael D. Delev
Arrowpoint Blvd., Suite 300
Charlotte, NC 28273

Carolinas HealthCare Sytem
P.O. Box 601428
Charlotte, NC 28260-1428


Castle Branch, Inc.
Attn: Accounts Receivable
1844 Sir Tyler Drive
Wilmington, NC 28405


Charlotte Chamber of Commerce
P.O. Box 32785
Charlotte, NC 28232-9980


Charlotte Observer
P.O. Box 3026
Livonia, MI 48151-3026


Chelsea Viviani Pierce
c/o Margaret B. Maloney, Esq.
Maloney Law & Associates
1824 East Seventh Street
Charlotte, NC 28204


Christenbury Eye Center, P.A.
c/o Dr. Jonathan Christenbury
4300 Sharon Road #332
Charlotte, NC 28211


Clear Channel Broadcasting, Inc.
P.O. Box 402524
Atlanta, GA 30384-2524


Commercial Collection Corp. of NY, Inc.
P.O. Box 288
Tonawanda, NY 14151-0288


Comporium
P.O. Box 470
Rock Hill, SC 29731


Cox Door Company, Inc.
P.O. Box 145
3809 Gribble Road
Indian Trail, NC 28079

Crestpoint Management
9100 Watson Road, Suite 100
Saint Louis, MO 63126-2241


CST Co.
Attn.: Jared Wilkie, Esq.
P.O. Box 33127
Louisville, KY 40232-3127


CuraScript Distribution
P.O. Box 978510
Dallas, TX 75397-8510


Cynthia Newton
1457 Astoria Lane NW
Concord, NC 28025


Daryl L. Hollnagel, Esq.
Shumaker Loop & Kendrick
128 South Tryon Street, Suite 1800
Charlotte, NC 28202-5013


Dex Imaging
c/o Hunter Warfield
4620 Woodland Corporate Blvd.
Tampa, FL 33614


Dex Imaging
P.O. Box 17299
Clearwater, FL 33762-0299


Eagle Labs
10201-A Trademark Street
Rancho Cucamonga, CA 91730-5850


East Coast Legal Video, Inc.
5532 Alma Drive
Winston Salem, NC 27105


Elan Financial Services
Attn: Bankrutpcy
P.O. Box 5229
Cincinnati, OH 45201

Elan Financial Services
P.O. Box 108
Saint Louis, MO 63166-9801


Ellie Pena-Benarroch
c/o Ann Herlocker Smith, Esq.
Jackson Lewis, P.C.
3373 Glenwood Avenue, Suite 450
Raleigh, NC 27612


Ellie Pena-Benarroch
c/o C. Granger Pierce, Jr.
227 West Trade Street, Suite 1550
Charlotte, NC 28202


Emergent Digital
3995 Denver Drive
La Mesa, CA 91941


Emily Tidwell
5644 Via Romano Drive, Apt. A
Charlotte, NC 28270


Essex County Superior Court
Civil Clerk's Office
43 Appleton Way
Lawrence, MA 01841


Expeditor System
4090 Nine McFarland Drive
Alpharetta, GA 30004


Extra Space Storage
1350 N. Wendover Road
Charlotte, NC 28205


Eyemax
7400 E. Orchard Road, Suite 4060
Englewood, CO 80111


Eyemax
257 Jackson Street
Denver, CO 80206

FedEx
P.O. Box 63247
North Charleston, SC 29419


Fifth Third Bank
Customer Service MD 1MOC2G
500 Kingsley Drive
Cincinnati, OH 45227-1115


Fifth Third Bank
Bankruptcy Department, Mail Drop #RSCB3E
1830 E. Paris Avenue SE
Grand Rapids, MI 49546


Fifth Third Bank
Attn: Bankruptcy Department
1830 E. Paris Avenue SE
Grand Rapids, MI 49546


Financial Pacific Leasing
3455 S. 344th Way, Suite 300
Federal Way, WA 98001


First Data Global Leasing
P.O. Box 173845
Denver, CO 80217


Fretwell Law Offices, PLLC
P.O. Box 32066
Charlotte, NC 28232-2066


Greer and Walker
227 West Trade Street, Suite 11000
NC 28200


GSM Services
1535 W. May Avenue
Gastonia, NC 28052


Haley Allen
9826 Stephen Thompson Lane
Charlotte, NC 28213

Hilco
P.O. Box 643792
Pittsburgh, PA 15264-3792


iCare USA
P.O. Box 872814
Kansas City, MO 64187-2814


iHeartMedia, Inc.
P.O. Box 406372
Atlanta, GA 30384


Imprimis Pharmaceuticals
12264 El Camino Real, Suite 350
San Diego, CA 92130


Iron Mountain
1000 Campus Drive
Collegeville, PA 19426


Iron Mountain
c/o Tenaglia & Hunt, P.A.
Lockbox 2431
P.O. Box 8500
Philadelphia, PA 19178-2431


Iron Mountain Records Management
c/o Curt Winters, RMS
305 Fellowship Road, Suite 100
Mount Laurel, NJ 08054


ITelagen, Inc.
30 Montgomery Street, Suite 700
Jersey City, NJ 07302


Jackson Lewis, P.C.
220 Headquarters Plaza
East Towers 7th Floor
Morristown, NJ 07960


James A. Wilson, Attorney at Law
5322 Highgate Drive, Suite 243
Durham, NC 27713

James, McElroy & Diehl, PA
600 South College Street
Charlotte, NC 28202


Johnson & Johnson Vision
7500 Centurion Parkway
Jacksonville, FL 32256


Johnson, Allison & Hord, P.A.
P.O. Box 36469
Charlotte, NC 28236


Jung & Sisco, P.A.
101 E. Kennedy Boulevard, Suite 3920
Tampa, FL 33602


Katherine Rinehardt
6160 Breezy Lane
Concord, NC 28025


Katrina Cohen
c/o Maloney Law & Associates, PLLC
1824 East Seventh Street
Charlotte, NC 28204


Kennedy Office
P.O. Box 58630
Raleigh, NC 27658


Kenneth C. Mathys
4419 Huntscroft Lane
Charlotte, NC 28226


Kyle Poteet
5644 Via Romano Drive, Apt. A
Charlotte, NC 28270


Laboratory Corporation of America
TM Holdings
P.O. Box 12140
Burlington, NC 27216-2140


Lateshia Washington
8103 Marett Court
Charlotte, NC 28269

Latina 102.3
Norson Broadcasting
Attn: Accounting
4801 E. Independence Blvd, Suite 815
Charlotte, NC 28212


Law Office of Alan J. Sasson, P.C.
Gene W. Rosen, Esq.
147-10 77th Avenue
Kew Gardens Hills, NY 11367


Lexus Financial Services
P.O. Box 85855
Carol Stream, IL 60197-5855


Lexus Financial Services
P.O. Box 4102
Carol Stream, IL 60197-4102


Lexus Financial Services
P.O. Box 8026
Cedar Rapids, IA 52409


LG Funding, LLC
1218 Union Street
Brooklyn, NY 11225


Liberty International Underwriters (LIA)
Kristin L. Morrissy-Loughren
Senior Claims Specialist
55 Water Street, 23rd Floor
New York, NY 10041


Linde Electronics and Specialty Gases
200 Sommerset Corp. Blvd., Suite 7000
Bridgewater, NJ 08807


LiveVoice, LLC
5305 Lakeview Parkway South Drive
Indianapolis, IN 46268


Lombart Instrument Co.
5358 Robin Hood Road
Norfolk, VA 23513-2407

Marasco & Associates, Inc.
475 Lincoln Street, Suite 150
Denver, CO 80203

Martina Nguyen
6651 Pattonsburg Drive
Charlotte, NC 28213

Mary M. Christenbury
2231 Thornridge Road
Charlotte, NC 28226-6446

McKesson Medical-Surgical
P.O. Box 634404
Cincinnati, OH 45263-4400

Mecklenburg County Medical Society
1112 Harding Place, #200
Charlotte, NC 28204

Mecklenburg County Sheriff's Office
Attn.: B. Allen, Deputy Sheriff
700 East Fourt Street
Charlotte, NC 28202

Mecklenburg Dry Cleaners
426 Ashby Drive
Davidson, NC 28036

Medline Industries, Inc.
Box 382075
Pittsburgh, PA 15251-8075

MERZ Pharmaceuticals, LLC
P.O. Box 18806
Greensboro, NC 27419

Michelle Rago, Esq.
47 Merriam Avenue
Bronxville, NY 10708

MicroAire
Lock Box 96565
Chicago, IL 60693

MicroSurgical Technology
P.O. Box 2679
Redmond, WA 98073


Mid-Atlantic Emergency Med. Assoc.
P.O. Box 601504
Charlotte, NC 28260-1504


Mid-Atlantic Emergency Medical Assoc. PC
8 Oak Park Drive
Bedford, MA 01730


Millennium Surgical
822 Montgomery Avenue
Narberth, PA 19072


NCSEPS
P.O. Box 27167
Raleigh, NC 27611-7167


Nelson Mullins Riley & Scarborough, LLP
Attn: C. Wells Hall, Esq.
P.O. Box 11070
Columbia, SC 29211


NexTech Systems, LLC
5550 Executive Drive, Suite 350
Tampa, FL 33609


NFS Leasing, Inc.
c/o Ashley S. Whyman
NFS Leasing, Inc.
900 Cummings Center, Suite 226-U
Beverly, MA 01915


Nicole Rist
2300 South Boulevard, Apt. 312
Charlotte, NC 28203


North Carolina Medical Society
P.O. Box 60466
Charlotte, NC 28260

Novant Health
P.O. Box 11549
Winston Salem, NC 27116-1549


NR Creative Marketing
528 Lakenheath Lane
Matthews, NC 28105


Oasis Medical, Inc.
514 South Vermont Avenue
Glendora, CA 91741


OCuSOFT, Inc.
c/o Allen, Maxwell & Silver
P.O. Box 540
Fair Lawn, NJ 07410


OptiMedica
1310 Moffett Park Drive
Sunnyvale, CA 94089


Optum 360
P.O. Box 88050
Chicago, IL 60680-1050


Park Compounding
c/o Imprimus Pharmaceuticals
12264 El Camino Real, Suite 350
San Diego, CA 92130


PeopleReady
P.O. Box 2910
Tacoma, WA 98401


Pharmaceutical Records Incorporated
5540 Centerview Drive, Suite 200
Raleigh, NC 27606-3386


Pharmacy Creations
540 Route 10 West
Randolph, NJ 07869


PIRS Capital
40 Exchange Pl
New York, NY 10005

Pitney Bowes - Purchase Power
P.O. Box 371875
Pittsburgh, PA 15250-7874


Pitney Bowes - Supplies
P.O. Box 371896
Pittsburgh, PA 15250-7896


Rainbow Land, Ltd.
d/b/a International Minute Press
901 N. Tryon Street, Suite G
Charlotte, NC 28206


Randolph Med C Group, LLC
Attention: Larry Lanzrath
525 N. Tryon Street, Suite 1600
Charlotte, NC 28202


Rhein Medical
3360 Scherer Drive, Suite B
Saint Petersburg, FL 33716


Robert Ellis
7423 Alamance Drive
Charlotte, NC 28227


Rollens Professional Products
c/o Citywide Banks
P.O. Box 173861
Denver, CO 80217-3861


Samson Funding
Attn: Samson Horus
90 John Street
New York, NY 10038


Sarah Maxey
3825 Franklin Meadows Drive
Matthews, NC 28105


Scarlet Greth
c/o Maloney Law & Associates, PLLC
1824 East Seventh Street
Charlotte, NC 28204

Scarlet Greth
3617 Shane Lane
Charlotte, NC 28214-8512


Sherri Lambert
2477 McCorkle Road
Lincolnton, NC 28092


Shred-It USA
28883 Network Place
Chicago, IL 60673-1288


Shumaker, Loop & Kendrick, LLP
P.O. Box 714625
Cincinnati, OH 45271-4625


Solstas Lab Partners
P.O. Box 751337
Charlotte, NC 28275-1337


South State Bank
Cardmember Services
P.O. Box 790408
Saint Louis, MO 63179-0408


Southeastern Biomedical Associates, Inc.
P.O. Box 654
Granite Falls, NC 28630


Space Coast Laser, Inc.
1886 Canova Street, Suite 101
Palm Bay, FL 32909


Spectrum
P.O. Box 2553
Columbus, OH 43216-2553


STAAR Surgical Company
P.O. Box 515160
Los Angeles, CA 90051-5160


Stacy Watkins
2001 Lawton Bluff Road
Charlotte, NC 28226

Stanley Specialty Pharmacy
3120 Latrobe Drive, Suite 200
Charlotte, NC 28211


Stephanie Gilliam
204 Forest Ridge Drive
Fort Mill, SC 29715


Stericycle, Inc.
P.O. Boxx 6582
Carol Stream, IL 60197-6582


Surgical Direct
2355 Centerline Industrial Drive
Saint Louis, MO 63146


SynergEyes, Inc.
5927 Priestly Drive, Suite 210
Carlsbad, CA 92008


TearScience
5151 McCrimmon Parkway, Suite 250
Morrisville, NC 27560


Technocom
3330 Monroe Road
Charlotte, NC 28205


TeleVox Software, Inc.
Department #1343
Denver, CO 80256-0001


The Maintenance Team
4015 Shopton Road, Suite 400
Charlotte, NC 28217


Total Medical Compliance
6124 Creft Circle
Indian Trail, NC 28079


Triangle Compounding Pharmacy, Inc.
3700 Regency Parkway, Suite 140
Cary, NC 27518

TriZetto Provider Solutions
3300 Rider Trail South
6th Floor
Earth City, MO 63045


TSYS
12202 Airport Way #100
Broomfield, CO 80021


Two Way Radio of Carolina, Inc.
2016 W. Morehead Street
Charlotte, NC 28208


Tyco Simplex Grinnell
Dept. CH 10320
Palatine, IL 60055-0320


Unified Capital / PIRS
Attn: Zorik Ledven
40 Exchange Place, Suite 403
New York, NY 10005


Valeant Pharmaceuticals
400 Somerset Corporate Boulevard
Bridgewater, NJ 08807


Valeant Pharmaceuticals North America
VPNA, LLC
P.O. Box 978510
Dallas, TX 75284-1412


Wells Fargo Equipment Finance
MAC N9300-100
600 South 4th Street
Minneapolis, MN 55415


West Interactive Services Corporation
Department #1343
Denver, CO 80256-0001


Wishart Norris, P.A.
c/o Robert J. Bernhardt, Esq.
Bernhardt & Strawser, P.A.
5821 Fairview Road, Suite 100
Charlotte, NC 28209

```
ZEISS Meditec, Inc.
P.O. Box 100372
Pasadena, CA 91189-0372
```